## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INVOKANA (CANAGLIFLOZIN) PRODUCTS LIABILITY LITIGATION<br><br>Thomas Wayne Larkin,<br><br>             Plaintiff,<br><br>  vs.<br><br>Janssen Pharmaceuticals Inc.,<br>Janssen Research & Development LLC,<br>Johnson & Johnson, Janssen Ortho LLC,<br>Defendants. | MDL 2750<br><br>Master Docket No. 3:16-md-2750<br><br>JUDGE BRIAN R. MARTINOTTI<br><br>JUDGE LOIS H. GOODMAN<br><br>DIRECT FILED COMPLAINT PURSUANT TO CASE MANAGEMENT ORDER NO.4<br><br>Civil Action No.:  3:20-cv-438 |

## ORDER ON PLAINTIFF'S NOTICE OF DISMISSAL

After considering Plaintiff's Notice of Dismissal, the Court GRANTS the motion and dismisses the case without prejudice.

SIGNED on _____, 2020.

                                                _____
                                                U.S. DISTRICT JUDGE

    APPROVED & ENTRY REQUESTED:

By:   /s/ Tim D. Brandenburg_____
       Tim D. Brandenburg (State Bar No. 24049036)
       filings@rockywalton.com
       Roger D. "Rocky" Walton (State Bar No. 20828300)
       rwalton@rockywalton.com
       **LAW FIRM OF ROGER "ROCKY" WALTON, P.C.**
       2310 West Interstate 20, Suite 200
       Arlington, Texas 76017
       Telephone: (817) 429-4299
       Fax: (817) 429-3469
       ATTORNEYS FOR PLAINTIFF